# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

DOA: 9/18/24

| | |
|---|---|
| United States of America<br>v.<br>Ishmael Hart | ) ) ) ) ) Case No. 24-3346MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

### COUNT 1

On or about September 17, 2024, in the District of Arizona, defendant Ishmael Hart did knowingly and willfully did transmit in interstate and foreign commerce from the State of Arizona to the State of West Virginia, a communication to the Federal Bureau of Investigation (FBI) National Threat Operation Center in which he threatened to kill FBI agents, in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent with the Federal Bureau of Investigation and this complaint is based on the following facts:

See attached statement of probable cause incorporated by reference.

AUTHORIZED BY: AUSA Joseph E. Koehler

☒ Continued on the attached sheet.

_____
Complainant's signature

James Kraus, Special Agent, FBI
Printed name and title

*telephonically*
Sworn ~~to before me and signed in my presence~~

Date: September 18, 2024

_____
Judge's signature

Michael T. Morrissey, United States Magistrate Judge
Printed name and title

City and state: Phoenix, Arizona

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, **James E. Kraus Jr.**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Your affiant, James E. Kraus Jr. is a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") since October 2005 and is currently assigned to Phoenix Field Office. In the course of his official duties, your affiant is assigned to investigate among other things, violent crime in the District of Arizona. Your affiant received training in the investigation of violent crime at the FBI Academy in Quantico, Virginia. In addition, your affiant has participated in numerous investigations of criminal activity, including interstate threats. During these investigations, your affiant has executed, and participated in the execution of numerous search warrants and seizures of evidence in reference to violations of the United States Code. Moreover, your affiant is a federal law enforcement officer engaged in enforcing criminal laws, including 18 U.S.C. § 875(c), Interstate Communications.

2. Your affiant is familiar with the facts surrounding the investigation of interstate threats in Phoenix, Arizona. This investigation involves violations of 18 U.S.C. § 875(c), Interstate Communication.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### PROBABLE CAUSE

4. On September 10, 2024, the FBI National Threat Operations Center (NTOC), located in West Virginia, received an online submission from an individual who identified himself as "Ishmael HART," and provided an email address of

"Ishhart93@gmail.com." The IP address used for the submission was 2600:1011:b325:379c:0:1b:8d04:b01, which is serviced by Verizon Wireless.

5. In summary, HART's message stated that the FBI has been following him for years and that the government was trying to "unalive" him, among other things.

6. In the same message to NTOC on September 10, 2024, HART stated, "I'm going to force yal to tell me why some of your people have been assisting with trying to unalive me on several occasions. Yes FBI, CIA and all your letter heads. It's not all of you but it's some bad people in positions of power that keep covering what happened up. Last peaceful attempt before well you know. You know where I'm at already. PHX az. . Either find out who kidnapped me and all the people involved in trying to kill me, oh yeah I can't die but yal know this So figure it out and tell me or I'm bringing karma to your whole organization I promise."

7. On September 17, 2024, the FBI NTOC received an online submission from an individual who identified himself as "Ishmael/ Yeshua Daunte Hart."

8. The submitter made several concerning statements including, "Bitch I was kidnapped at birth. You know who I am. Look respectfully either yal are going to talk with me and give me information and my inheritance or **I'm going to start killing you all**. Only the bad." (emphasis added)

9. Additionally, the submitter stated, "You know who I am I came to the Phoenix FBI building they played, now since you want to play some of your co workers are going to die. Only the corrupt ones. I'm in Phoenix be on 19th and Dunlap I'll have my eyes out. This isn't a threat it's just what's going to happen until you give me my justice. I don't even want to do it. I'm from Paris TN I thought I was born in 1993 but actually 1996 well not born but manifested as my name is yeshua. I'm currently destroying your whole system. I'm fucking yal up as a whole. I'm not alone but I'm the most cool headed. So either talk and discuss what's happening with my money and all the money

2

the gov made off of my blood and DNA. **Or I'm going to continue to kill y'all.** Literally. The choice is yours, but by the time my story hits the news it will be to late and I would have already done significant damage to your infrastructure. Your in the clock tick tock." (emphasis added)

10. In the September 17, 2024 online submission, the submitter provided an email address of "ishhart93@gmail.com," and was submitted from IP address 2600:1011:b18d:49fd:0:2c:250b:4d01, which is serviced by Verizon Wireless.

11. Criminal records checks revealed that HART was arrested in Paducah, Kentucky on 02/21/2018, and pleaded guilty to carrying a concealed weapon. On 10/02/2021, HART was arrested for domestic violence in Paris, Tennessee. On 08/04/2023, Phoenix Police contacted HART and detained HART for a mental health petition and transported him to a mental health facility.

12. On September 17, 2024, the FBI Phoenix Field Office initially requested voluntary emergency disclosure requests for three identifiers: Verizon Wireless was requested to provide the cellular phone number assigned to the two Verizon Wireless IP addresses used for the September 10, 2024 and September 17, 2024 NTOC submissions. Google was requested to provide information connected to the email address provided in both NTOC submissions (Ishhart93@gmail).

13. Verizon Wireless was only able to provide a phone number for the IP address associated with the September 10, 2024 NTOC submission. The IP address resolved to phone number 480-258-1031. Subscriber information was not readily available.

14. Google provided subscriber, IP address information, and Android devices associated with Ishhart93@gmail. The Gmail account was subscribed to "Ish" and had an associated phone number of 480-356-6860. Recent IP address activity on September 17, 2024, associated with the Gmail account, listed an IP address of

3

2600:1011:b18d:49fd:0:2c:250b:4d01. That IP address is the same address used to send the NTOC submission on September 17, 2024. Additionally, the Gmail account had two unique Android devices that were recently active with the Gmail account. Based on the International Mobile Equipment Identifier (IMEI), one of the android devices associated to the Gmail account was the phone associated to 480-258-1031.

15. FBI Phoenix conducted a second voluntary emergency disclosure request to Verizon Wireless for the additional IMEI associated to the Gmail account. Verizon Wireless identified the phone number as 480-356-6860. The subscriber information provided by Verizon Wireless for 480-356-6860 listed a subscriber name of "ISHMAEL copy_ HART."

16. Through the original emergency disclosure requests to Verizon Wireless, FBI Phoenix received periodic location updates (pings), and historical data for the previous few days. The pings and historical data were consistent with the phone being located in central Phoenix.

17. On September 9 and 10, 2024, and individual later identified as **ISHMAEL HART** came to the FBI Phoenix Field Office. On both occasions, HART was irate with security and was reluctant to leave the property, and made statements related to being "kidnapped." On September 10, 2024, HART was observed walking the perimeter of the secured portion of the Field Office, standing by the vehicle entrances to the property and walking through a wash on the east side of the property.

18. On 09/18/2024, HART telephonically contacted the FBI. Shortly thereafter, HART was arrested and transported to the Phoenix FBI office. After being read his Miranda Rights, HART agreed to speak with interviewing investigators, Special Agent Andreina Sainvilmar and FBI Task Force Officer Christoher Boughey. HART was shown a printed copy of the threats received from the FBI on 09/10/2024 and 09/17/2024.

HART stated that he wrote the threats to the FBI and did so because he was frustrated with the lack of response regarding his kidnapping allegations.

19. In summary, based on this information, your affiant believes that **ISHMAEL HART** was the submitter of the two NTOC submissions, including the September 17, 2024, submission where HART threatened to "…start killing you all." Both phone numbers above are both connected to HART based on the IP addresses and IMEI identifiers associated with the NTOC submissions, and the information provided by Google for the given email address.

### REQUEST FOR AUTHORIZATION

20. Based on the foregoing, your Affiant believes there is probable cause that ISHMAEL HART made a threatening communication in interstate commerce on September 17, 2024, in violation of 18 U.S.C. § 875(c) (Interstate Communications), which occurred within the District of Arizona.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

_James E. Kraus Jr._
James E. Kraus Jr.
Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn ~~before me~~ telephonically this 18 day of September, 2024.

_M Morrissey_
Honorable Michael T. Morrissey
United States Magistrate Judge